# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

ESTATE OF STEVEN CURINGTON,
Plaintiff,

v.                                              Case No.:

REFORMER'S UNANIMOUS,
Defendant.

## PLAINTIFF'S VERIFIED COMPLAINT

Plaintiff, Estate of Steven Curington (hereinafter "Plaintiff"), by and through her attorneys,

O'FLAHERTY LAW, P.C., complain as follows against Defendant, REFORMER'S UNANIMOUS

(hereinafter "RU"), in support of its verified complaint state as follows:

### NATURE OF THE ACTION

1. This is an action for copyright infringement pursuant to the Copyright Act, 17 U.S.C. §101 *et seq.*

2. Plaintiff brings this action to enjoin Defendant from further direct infringement of Plaintiff's copyrights and from contributing to, vicariously profiting from, and inducing the infringement of Plaintiff's copyrights.

3. Plaintiff seeks damages from Defendants as compensation for its losses and injuries sustained as a result of Defendant's improper conduct.

### JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction under 17 U.S.C. §501, 28 U.S.C. §§1331 and 1338(a).

5. Federal jurisdiction is conferred in this court pursuant to 28 U.S.C §§ 1331, 1367.

6.  Venue is proper in the Northern District of Illinois, Western Division pursuant to 28 U.S.C §
    1391 because the events on which the claim is based occurred in the Northern District of Illinois
    and the Defendant resides in and conducts business in the Northern District of Illinois.

PARTIES

7.  The Estate of Steven Curington was opened after the passing of Steven Curington in 2010.

8.  Lori Curington is an individual who is the widow of Steven Curington and the current executor
    of the Estate of Steven Curington.

9.  Reformer's Unanimous a/k/a Reformer's Unanimous International is an Illinois not-for-profit
    corporation focusing on faith-based addiction rehabilitation. Its current registered agent is
    Christopher W. Dodson, who can be located at 4855 East State Street, Suite 17, Rockford, IL
    61108.

FACTUAL ALLEGATIONS

10. Reformer's Unanimous was incorporated as a not-for-profit by Steven Curington on November
    15, 2000.

11. Reformer's Unanimous' mission is to take a faith-based approach to addiction rehabilitation and
    sobriety.

12. Steven Curington wrote several books that were used by Reformer's Unanimous' ministry
    throughout his life. **See Group Exhibit A.**

13. On May 23, 2008, Boyd Stevens Publications, Incorporated was incorporated by Steven
    Curington.

14. Steven Curington used Boyd Stevens Publications to publish all of his works during his lifetime.

15. Boyd Stevens Publications published and copyrighted approximately 296 different works. **See
    Group Exhibit A.**

16. The works in Exhibit A which were published and copyrighted by Boyd Stevens Publications include the following: *The Umbrella Fella: "Overcoming Sin Through the Power of "IN"; Nevertheless I Live: Living Freely in a Bound World;* and *10 Principles of Overcoming Stubborn Habits and Addictions.*

17. Boyd Stevens Publications was dissolved on October 9, 2009 by Lori Curington with the encouragement of Defendant.

18. At no time between November 15, 2000 and the present has Reformer's Unanimous owned the copyright to any of the works published by Steven Curington.

19. At no point in time between November 15, 2000 and present has Reformer's Unanimous held a written license to use, reproduce, or sell any of the works created by Steven Curington.

20. Steven Curington passed on October 30, 2010.

21. After Steven Curington's death, Lori Curington was appointed executor of Steven Curington's Estate.

22. Presently the copyrights to all works created by Steven Curington are owned by the Estate of Steven Curington, the Plaintiff.

23. After Steven Curington's death in 2010, Reformer's Unanimous continued to use Steven Curington's copyrighted work in its ministry without the permission of the Plaintiff.

24. After Steven Curington's death in 2010, Reformer's Unanimous continued to sell Steven Curington's copyrighted work for profit outside of the United States without the permission of the Plaintiff.

25. After Steven Curington's death in 2010, Reformer's Unanimous began removing the Boyd Stevens Publication's copyright information from Steven Curington's copyrighted works and replacing them with Reformer's Unanimous information without the permission of the Plaintiff.

26. After Steven Curington's death in 2010, Reformer's Unanimous began editing Steven Curington's copyrighted works and using portions of Steven Curington's works in other materials published by Defendants without the permission of the Plaintiff.

27. After the passing of Steven Curington, Reformer's Unanimous made multiple payments of various amounts to Lori Curington, allegedly for the continued use of Steve Curington's copyrighted work.

28. Those payments have all but ceased as of the filing of this complaint.

29. Reformer's Unanimous has never made a payment to the Estate of Steven Curington.

30. At no point in time did Plaintiff enter into a written license agreement with Defendant regarding any of Steven Curington's copyrighted works.

31. On or about April 18, 2022, O'Flaherty Law, P.C. on behalf of Lori Curington as executor of the Estate of Steven Curington, sent a letter to Chris Dodson, attorney for Defendant, requesting that Defendant acquire appropriate licenses to continue use of Steven Curington's copyrighted works.

32. On September 28, 2022, after not receiving a response to the April letter, O'Flaherty Law, P.C. sent a letter to Chris Dodson, attorney for Defendant, on behalf of Lori Curington as executor of the Estate of Steven Curington requesting for Defendant to cease and desist all use of Steven Curington's copyrighted work. As of the date of this filing, Reformer's Unanimous continues to use Steven Curington's copyrighted works without a license or other agreement with Plaintiff.

## COUNT I
## DIRECT COPYRIGHT INFRINGEMENT

33. Plaintiff restates and incorporates Paragraphs 1 through 23 of this Complaint as if those allegations were set forth herein.

34. Defendant's conduct interferes with Plaintiff's exclusive right to copy, reproduce, distribute and display the copyrighted works.

35. Defendants' conduct is copyright infringement that may be remedied under §§106 and 501 of the Copyright Act.

36. Direct infringement occurred when Reformer's Unanimous, without Plaintiff's authorization, sold Plaintiff's copyrighted works both in the United States and internationally.

37. Direct infringement occurred when Defendant, without Plaintiff's authorization, edited and modified Plaintiff's copyrighted works.

38. Direct infringement occurred when Defendant, without Plaintiff's authorization, used portions of Plaintiff's copyrighted works in works the Defendant published and distributed.

39. These acts constitute unauthorized copying and distribution of Plaintiff's works. Defendant participated in, facilitated, materially contributed to and encouraged these infringements.

40. These activities infringe on Plaintiff's copyrights.

41. Defendant's actions have injured Steven Curington's Estate, entitle it to recover actual and/or statutory damages to be determined at trial, the costs of this action plus reasonable attorney's fees, and preliminary and injunctive relief to prevent future infringement.

**WHEREFORE,** Plaintiff respectfully requests that this Honorable Court enter an order:

1.  Awarding Plaintiff actual and statutory damages;

2.  Awarding Plaintiff its costs and attorney's fees;

3.  Enjoining Defendant from engaging in further acts of copyright infringement with regard to Plaintiff's intellectual property; and

4.  Granting any other such relief as this Court deems equitable and just.

Respectfully submitted,

/s/ Matthew Hector
Attorney at Law

Matthew Hector
ARDC # 6283058
O'Flaherty Law, P.C.
1515 Legacy Circle
Naperville, IL 60563
630.324.6666
matt.hector@oflaherty-law.com

EXHIBIT A

PUBLISHED WORKS

[COPY ATTACHED]

5



Items that Lori Curington Receive Commission  Monday, November 16, 2021, 3:05 PM

File: Items

Range: Available from First to Last

Range: Available from First to Last

NOTE THAT COMMISSION CODE 7 IS SHARED
5% NET SALES TO LORI AND 5% NET SALES TO

| Item ID | Description | Dept | Commission Code |
|---|---|---|---|
|  |  |  | 1 |
| KIT-007 | Kit-Tracts and Display | Advertising Material | 1 |
| MC-100 | CD-This Must  Be The Place | CD | 1 |
| MC-111 | CD-Joybells-Real Joy | CD | 1 |
| MP3-002 | MP3-Nevertheless I Live Book | CD | 1 |
| PCD-101 | CD- S Cur Story-Unshackled | CD | 1 |
| PCD-102 | CD-S Cur Story-Lost & Found | CD | 1 |
| PCD-103 | CD-Depression | CD | 1 |
| PCD-105 | CD-S Cur-Onward Christian S... | CD | 1 |
| PCD-106 | CD-S Cur-How To Minister | CD | 1 |
| PCD-107 | CD-S Cur-The Flesh Fascinates | CD | 1 |
| PCD-108 | CD-Set-10 Principles-2 CD | CD | 1 |
| PCD-109 | CD-S Cur-Fnd Trths of Bh Mdf | CD | 1 |
| PCD-110 | CD-S Cur-Have A Happy New You | CD | 1 |
| PCD-111 | CD-HowToUse DailyJournal/EACH | CD | 1 |
| PCD-112 | CD-S Cur-Ye Did Run Well | CD | 1 |
| PCD-113 | CD-Daily Devos For Yng Men | CD | 1 |
| PCD-114 | CD-Daily Devos For Yng Ladies | CD | 1 |
| PCD-115 | CD-S Cur-Evrythg Yve Evr Wnted | CD | 1 |
| PCD-118 | CD-S Cur-Full Measure Of Faith | CD | 1 |
| SY-919 | Booklet-Onwrd Christn Soldiers | CD | 1 |
| TCD-527 | CD-S Cur-Crtng Court System | CD | 1 |
| TCD-543 | CD-3 Ddctns Dscrng Gods Dirctn | CD | 1 |
| KZA-200 | CD-Hw To Use Yr Wlkie Tlk Jrnl | CD | 1 |
| MR-024 | Media Kit-Family Constitution | CD | 1 |
| PCD-144 | CD-S Cur-Eliminating Falls | CD | 1 |
| MC-113 | CD-Joybells-Broken Into Beaut. | CD | 1 |
| PCD-116 | CD-S Cur-The Grace of Works | CD | 1 |
| PCD-119 | CD-S Cur-Mamma Mia | CD | 1 |
| PCD-901 | CD- Fisher of Men | CD | 1 |
| PCD-902 | CD- Produce the Juice | CD | 1 |
| PCD-121 | CD-S Cur-Papa Mamma set | CD | 1 |
| PCD-122 | CD-S Cur-Measure of Treasure | CD | 1 |
| MC-115 | CD-Joybells-Voice of Shepherd | CD | 1 |
| PCD-130 | CD-S Cur-Rules vs. Relations | CD | 1 |
| MC-116 | CD-Marshall-Only the Truth | CD | 1 |
| PCD-131 | CD-S Cur-Swallow Your Cross | CD | 1 |
| PCD-132 | CD-S Cur-The Preposition Of | CD | 1 |
| PCD-134 | CD-S Cur-Warfare is not Unfair | CD | 1 |
| PCD-135 | CD-S Cur-R U Somebody | CD | 1 |
| PCD-136 | CD-S Cur-Why is...Crying | CD | 1 |
| PCD-137 | CD-HowToUse DailyJournal/PRK | CD | 1 |

| Code | Description | Type | Qty |
|---|---|---|---|
| PCD-138 | CD-HowToUse DailyJournal/PDK | CD | 1 |
| PCD-405 | CD-J Amster-After the Fall | CD | 1 |
| PCD-145 | CD-S Cur-Look Whose Bound | CD | 1 |
| MC-117 | CD-Joybells-We Have Jesus | CD | 1 |
| MC-118 | CD-Watson-Lord I Believe | CD | 1 |
| PCD-139 | CD-S Cur-God's Plan to Prosper | CD | 1 |
| MC-119 | CD-Ritchie-Spirit of Living | CD | 1 |
| PCD-140 | CD-S Cur-Inaugural Testimony | CD | 1 |
| PCD-141 | CD-S Cur-R U Excercizing? | CD | 1 |
| PCD-143 | CD-S Cur-Our Faith, His Faith | CD | 1 |
| MC-120 | CD-Joybells-Compilation | CD | 1 |
| MC-121 | CD-Miller-I Can Go In | CD | 1 |
| PCD-142 | CD-S Cur-Civilized or Steriliz | CD | 1 |
| MC-122 | CD-Joybells-Collection | CD | 1 |
| PCD-146 | CD-S Cur-Excerising Mind | Curriculum | 1 |
| BT-201 | Booklet-10 Principles | Curriculum | 1 |
| BT-202 | Booklet-Counseling Helps-each | Curriculum | 1 |
| BT-203 | Booklet-Steve Curington Story | Curriculum | 1 |
| BT-204 | Booklet-Friends Wanted & Bro | Curriculum | 1 |
| BT-205 | Booklet-Spiritual Warfare-15 | Curriculum | 1 |
| BT-206 | Booklet-Memory Strongholds | Curriculum | 1 |
| CE-101S | Book-Nevertheless Student Gde | Curriculum | 1 |
| CE-101T | CD-Nevertheless Teachers Gde | Curriculum | 1 |
| CE-102 | Lesson-Proverb-S Cur Sunday S | Curriculum | 1 |
| CE-103 | Book-Adult-Strnghld Disciple | Curriculum | 1 |
| CE-105 | Book-Adult-Challenger Wrkbk | Curriculum | 1 |
| CE-106 | Book-Transformer Workbook | Curriculum | 1 |
| CE-107 | Book-Conformer Workbook | Curriculum | 1 |
| CE-108 | Book-Reformer Workbook | Curriculum | 1 |
| CE-109 | Book-Scripture Memory | Curriculum | 1 |
| CE-110B | Workbook-Gaining R Fruit-Love | Curriculum | 1 |
| CE-110C | Workbook-Gaining R Fruit-Joy | Curriculum | 1 |
| CE-110D | Workbook-Gaining R Fruit-Peace | Curriculum | 1 |
| CE-110E | Workbook-Gain R F Longsufferin | Curriculum | 1 |
| CE-110F | Workbook-Gain R F-Gentleness | Curriculum | 1 |
| CE-110G | Workbook-Gain R F-Goodness | Curriculum | 1 |
| CE-110H | Workbook-Gaining R Fruit-Faith | Curriculum | 1 |
| CE-110I | Workbook-Gaining R F-Meekness | Curriculum | 1 |
| CE-110J | Workbook-Gain R F-Temperance | Curriculum | 1 |
| CE-111 | Journal-Daily-Its Personal-wCD | Curriculum | 1 |
| CE-115C | Journal-Daily-Personal Refill | Curriculum | 1 |
| CE-116 | Journal-Daily Personal-8.5x11 | Curriculum | 1 |
| CE-118 | Book-S Cur-Why Is Everybody... | Curriculum | 1 |
| CE-121 | Book-S Cur-Produce The Juice | Curriculum | 1 |
| CE-122 | Journal-Daily-Compact Size | Curriculum | 1 |
| CE-204 | Workbook-Adult-Overcomer-Each | Curriculum | 1 |
| DPJ-001 | Journal-Daily Planning | Curriculum | |

| | | | |
|---|---|---|---|
| SY-918 | Lesson-Fndtnl Trths Bhvrl Modi | Curriculum | 1 |
| TC-103 | Teens-Strongholds Study Course | Curriculum | 1 |
| TC-104 | Journal-Compact-Orange | Curriculum | 1 |
| TC-105 | Journal-Compact-Purple | Curriculum | 1 |
| BT-207 | Booklet-Becoming a Psalm... | Curriculum | 1 |
| CE-100 | Book-S Cur-NIL Text | Curriculum | 1 |
| CE-117 | Book-S Cur-Tall Law | Curriculum | 1 |
| CE-123 | Book-S Cur-Umbrella Fella | Curriculum | 1 |
| CE-124 | Book-S Cur-Today I Lay | Curriculum | 1 |
| CE-301 | CD-Daily Journal-30 Day Trial | Curriculum | 1 |
| DPJ-302 | Journal-DPJ-July08-July09 | Curriculum | 1 |
| DPJ-303 | Journal-DPJ-Binder &Guts Comb | Curriculum | 1 |
| DPJ-304 | Journal-DPJ-Oct08-Sep09 | Curriculum | 1 |
| DPJ-305 | Journal-DPJ-Apr08-Mar09 | Curriculum | 1 |
| KIT-009 | Kit-HLC-Prayer Classic | Curriculum | 1 |
| KIT-010 | Kit-HLC-Holy Spirit Classic | Curriculum | 1 |
| CE-110A | Workbook-Gaining R Fruit-SET | Curriculum | 1 |
| DPJ-302A | Journal-DPJ-Nov07-Dec07 | Curriculum | 1 |
| 4BS20 | 4 Books-PONG,TIL,UF,JSK | Curriculum | 1 |
| 4BK40 | 4 BKS-NIL,NIL GDE,DJ,STRNGHLDS | Curriculum | 1 |
| DPJ-306 | Journal-Med Cards-50pk | Curriculum | 1 |
| SC-SET | BOOK-SET-INSTITUTIONAL | Curriculum | 1 |
| 4BK20 | 4 BKS-NIL,NIL GDE,DJ,STRNGHLD | Curriculum | 1 |
| CE-117B | Book-Tall Law-Student Gde. | Curriculum | 1 |
| CE-117C | Book-Tall Law-Teacher Gde. | Curriculum | 1 |
| CE-098 | Set-Book-Home Disciple Course | Curriculum | 1 |
| CE-127 | Book-S Cur-Battleship | Curriculum | 1 |
| CE-203 | Book-Adult-Upholds | Curriculum | 1 |
| CE-303 | Book-Adult-Beholds | Curriculum | 1 |
| DPJ-2009A | Journal-DPJ-Jan09-Dec09calendr | Curriculum | 1 |
| CE-119A | Test - Transformer | Curriculum | 1 |
| CE-119B | Test - Conformer | Curriculum | 1 |
| CE-119C | Test - Reformer | Curriculum | 1 |
| CE-211A | Journal-Daily-Gold-wCD | Curriculum | 1 |
| CE-211B | Journal-Daily-Two-wCD | Curriculum | 1 |
| CE-211C | Journal-Daily-Vintage-wCD | Curriculum | 1 |
| CE-211D | Journal-Daily-Shepherd-wCD | Curriculum | 1 |
| CE-211E | Journal-Daily-Crest-wCD | Curriculum | 1 |
| CE-119 | Test - Upholds-Copyright | Curriculum | 1 |
| DPJ-2009B | Journal-DPJ-April 09-Mar10 ins | Curriculum | 1 |
| DPJ-2009C | Journal-DPJ-July 09-June10 ins | Curriculum | 1 |
| DPJ-2009D | Journal-DPJ-Oct 09-Sept 10 ins | Curriculum | 1 |
| KIT-001 | Kit-PeRK-Recovery | Curriculum | 1 |
| KIT-002 | Kit-PDK-Discovery | Curriculum | 1 |
| KIT-003 | Kit-PreacherPack | Curriculum | 1 |
| CE-211F | Journal-Daily-Seedling-wCD | Curriculum | 1 |
| CE-211G | Journal-Daily-Red Cross-wCD | Curriculum | 1 |

| | | | |
|---|---|---|---|
| CE-211J | Journal-Daily-Lamp-wCD | Curriculum | 1 |
| CE-112 | Book-Nevertheless Resource Gde | Curriculum | 1 |
| CE-304 | Book-Adult-Threshold | Curriculum | 1 |
| CE-123B | Book-S Cur-Umbrella St. Guide | Curriculum | 1 |
| CE-123C | Book-S Cur-Umbrella T. Guide | Curriculum | 1 |
| CE-129 | Book-S Cur-Prepare for Peace | Curriculum | 1 |
| 4BK30 | 4 BKS-NIL,NIL GDE,DJ,STRNGHLD | Curriculum | 1 |
| RB-117 | Book-The Facts | Curriculum | 1 |
| DPJ-2010 | Journal-DPJ-Jan 2010-Dec 2010 | Curriculum | 1 |
| CE-211H | Journal-Daily-New Life-wCD | Curriculum | 1 |
| CE-211I | Journal-Daily-Fountain-wCD | Curriculum | 1 |
| BT-301 | Booklet-Seedling Manual | Curriculum | 1 |
| BT-302 | Booklet-Red Cross Manual | Curriculum | 1 |
| CRD-005 | Test - Beholds-Copyright | Curriculum | 1 |
| 4BK50 | 4 BKS-NIL,NIL GDE,DJ,STRNGHLDS | Curriculum | 1 |
| 4BKX2 | 4 BKS-NIL,NIL GDE,DJ,STRNGHLDS | Curriculum | 1 |
| CE-130 | Book-S Cur-Disc of Recov | Curriculum | 1 |
| CE-211N | Journal-Practical-Recovery-wCD | Curriculum | 1 |
| CE-601 | Book-S Cur-Rec Thr God's Truth | Curriculum | 1 |
| KIT-005 | Book-S Cur-40 Day Recovery Set | Curriculum | 1 |
| OLS-001 | Book-S Cur-Recovery Pack | Curriculum | 1 |
| OLS-003 | Teens-Teen pack | Curriculum | 1 |
| OLS-005 | Book-S Cur-40 Day Recovery Set | Curriculum | 1 |
| OLS-006 | Book-S Cur-Rec Thr God's Truth | Curriculum | 1 |
| KIT-006 | Book-S Cur-Recovery and 10P | Curriculum | 1 |
| CE-211M | Journal-Custom Cover-wCD | Curriculum | 1 |
| KIT-008 | Kit-HLC-Christian Life Classic | Curriculum | 1 |
| CE-211K | Journal-Daily-Anniversary-wCD | Curriculum | 1 |
| KIT-011 | Kit-Personal Intervention Kit | Curriculum | 1 |
| DVD-001 | DVD-Break the...-RUI Promo | DVD | 1 |
| DVD-002 | DVD-S Cur Behavior Modific... | DVD | 1 |
| DVD-004 | DVD-S Cur-Beh Mod Power Point | DVD | 1 |
| DVD-005 | DVD-15 Hr Comp Trng Sessions | DVD | 1 |
| DVD-007 | DVD-S Cur-Hdg Amng Lst & Fnd | DVD | 1 |
| TDV-100 | DVD-10 Principles | DVD | 1 |
| DVD-111 | DVD-S Cur-The Grace of Works | DVD | 1 |
| DVD-119 | DVD-SC-Memorial Service | DVD | 1 |
| SC-201 | DVD-10 Principles-Institutiona | DVD | 1 |
| DVD-113 | DVD-S Cur-Umb. Fella set | DVD | 1 |
| DVD-116 | DVD-S Cur-Minister to Addicted | DVD | 1 |
| DVD-117 | DVD-S Cur-Personal-It's Import | DVD | 1 |
| DVD-404 | DVD-Adversity University Promo | DVD | 1 |
| DVD-801 | DVD-Behaviour Modification | DVD | 1 |
| DVD-802 | DVD-10 Recovery Principles | DVD | 1 |
| DVD-405 | DVD-Universal Graduation | DVD | 1 |
| DVD-850 | DVD-Deaf Overcomer | DVD | 1 |
| DVD-851 | DVD-Deaf Challenger | DVD | 1 |

| | | | |
|---|---|---|---|
| DVD-855 | DVD-Deaf 10 Principles | | |
| DVD856 | DVD-Deaf NIL Text | DVD | 1 |
| DVD-118 | DVD-SC-He Loves Me,You Love Me | DVD | 1 |
| SC-105 | Workbook-Institutional-Chall | DVD | 1 |
| SC-106 | Workbook-Institutional-Trans | I-Curriculum | 1 |
| SC-107 | Workbook-Institutional-Conform | I-Curriculum | 1 |
| SC-108 | Workbook-Institutional-Reform | I-Curriculum | 1 |
| SC-109 | Journal-Sate-Personal-30 day | I-Curriculum | 1 |
| SC-111 | Copyright-Nevertheless I Live | I-Curriculum | 1 |
| SC-112 | Copyright-Student Guide | I-Curriculum | 1 |
| SC-104 | Booklet-RIP Overcomer | I-Curriculum | 1 |
| SC-906 | RIP-Leaders Manual | I-Curriculum | 1 |
| KZ-112 | Journal-Kids-W. Talk-30 D | I-Paperwork | 1 |
| KZ-100 | Pamphlet-Kids-Overcomer Entry | Kidz Curriculum | 1 |
| KZ-101 | Booklet-Kids-Challenger | Kidz Curriculum | 1 |
| KZ-102 | Booklet-Kids-Love | Kidz Curriculum | 1 |
| KZ-103 | Booklet-Kids-Joy | Kidz Curriculum | 1 |
| KZ-104 | Booklet-Kids-Peace | Kidz Curriculum | 1 |
| KZ-105 | Booklet-Kids-Longsuffering | Kidz Curriculum | 1 |
| KZ-106 | Booklet-Kids-Gentleness | Kidz Curriculum | 1 |
| KZ-107 | Booklet-Kids-Goodness | Kidz Curriculum | 1 |
| KZ-108 | Booklet-Kids-Faith | Kidz Curriculum | 1 |
| KZ-109 | Booklet-Kids-Meekness | Kidz Curriculum | 1 |
| KZ-110 | Booklet-Kids-Temperance | Kidz Curriculum | 1 |
| KZ-111 | Journal-Kids-Walkie Talk-w/CD | Kidz Curriculum | 1 |
| KZ-118 | Book-Kids-Coloring-SALVATION | Kidz Curriculum | 1 |
| KZ-411 | Book-Kids Fruits-Set | Kidz Curriculum | 1 |
| KZ-110A | Booklet-Kids-Challenge Set | Kidz Curriculum | 1 |
| OLS-004 | Booklet-Kids pack | Kidz Curriculum | 1 |
| SY-915 | Copyright-Coloring Book | Kidz Merchandise | 1 |
| KZ-120 | Poster-Kids-Old Fruit-EA. | Kidz Merchandise | 1 |
| KZ-122 | Poster-Kids-New Fruits-EACH | Kidz Merchandise | 1 |
| KZ-123 | Poster-Kids-Works of Flesh-EA. | Kidz Merchandise | 1 |
| KZ-119C | Book-Kids-Calendar 2009 | Kidz Merchandise | 1 |
| KZ-700 | Book-Kids-Coloring-Psa1m 1 | Kidz Merchandise | 1 |
| KZ-124 | Poster-Kids-Commandments-EA. | Kidz Merchandise | 1 |
| KZ-113 | Poster-Kids-10 Prin-OLD ITEM | Merchandise | 1 |
| MR-011 | Bookmark-2 Side-10 Principles | Merchandise | 1 |
| MR-012 | Bookmark-2 Side-Fruits | Merchandise | 1 |
| MR-021 | Banner-10P-3X5 Interior | Merchandise | 1 |
| MR-022 | Banner-Fruits-3X5 Interior | Merchandise | 1 |
| MR-025 | Chart-Truth | Merchandise | 1 |
| RB-118 | Book-Satan's MO | Merchandise | 1 |
| MR-040 | Bobblehead-With Umbrella | Merchandise | 1 |
| MR-058 | PDK-Case | Merchandise | 1 |
| MR-059 | PRK-Case | Merchandise | 1 |
| BT-208 | Booklet-Comic Book | Merchandise | 1 |

| | Book-Be Being Filled | Merchandise | |
|---|---|---|---|
| MP3-402H | MP3-Conf Wkshp-Kidz Club | MP3 | 1 |
| MP3-402J | MP3-Conf Wkshp-Outreach | MP3 | 1 |
| MP3-403A | MP3-Conf Wkshp-2011Set | MP3 | 1 |
| OLS-002 | CD-Family Pack | MP3 | 1 |
| MP3-007 | MP3-Discovery Megapack | MP3 | 1 |
| MP3-008 | MP3-Recovery Megapack | MP3 | 1 |
| MP3-009 | MP3-Bitterness Series | MP3 | 1 |
| MP3-010 | MP3-Women's Mega Pack | MP3 | 1 |
| MP3-101 | MP3-S Cur-Chapel | MP3 | 1 |
| MP3-501 | MP3-A Worthy Model | MP3 | 1 |
| MP3-401A | MP3-Conf Workshops-Special Ord | MP3 | 1 |
| MP3-401B | MP3-Conf Workshops-Buffet | MP3 | 1 |
| MP3-401C | MP3-Conf Workshops-Steak-1 | MP3 | 1 |
| MP3-401D | MP3-Conf Workshops-Steak-2 | MP3 | 1 |
| MP3-401E | MP3-Conf Workshops-Daily-1 | MP3 | 1 |
| MP3-401F | MP3-Conf Workshops-Daily-2 | MP3 | 1 |
| MP3-401G | MP3-Conf Workshops-Soup-1 | MP3 | 1 |
| MP3-401H | MP3-Conf Workshops-Soup-2 | MP3 | 1 |
| MP3-401I | MP3-Conf Workshops-Desserts-1 | MP3 | 1 |
| MP3-401J | MP3-Conf Workshops-Desserts-2 | MP3 | 1 |
| MP3-401K | MP3-Conf Workshops-Kidz Club | MP3 | 1 |
| MP3-401L | MP3-Conf Workshops-Ala Carte | MP3 | 1 |
| MP3-401M | MP3-Conf Workshops-Carry Out | MP3 | 1 |
| MP3-402K | MP3-Conf Wkshp-New Chapter | MP3 | 1 |
| MP3-402A | MP3-Conf Wkshp-Pastor's Way | MP3 | 1 |
| MP3-402B | MP3-Conf Wkshp-Dir. Drive | MP3 | 1 |
| MP3-402C | MP3-Conf Wkshp-Leaders Circle | MP3 | 1 |
| MP3-402D | MP3-Conf Wkshp-Students Blvd | MP3 | 1 |
| MP3-402E | MP3-Conf Wkshp-Helper Server | MP3 | 1 |
| MP3-402G | MP3-Conf Wkshp-Kidz Club | MP3 | 1 |
| MP3-402F | MP3-Conf Wkshp-Ladies Lane | MP3 | 1 |
| MP3-402I | MP3-Conf Wkshp-RIP | MP3 | 1 |
| MP3-402L | MP3-Conf Wkshp-2010 Set | MP3 | 1 |
| SY-920 | Manual-Leaders | Paperwork | 1 |
| CS-118 | DVD-10 Principles-Spanish | Spanish | 1 |
| CS-101 | Guide-Spanish Program | Spanish Curriculum | 1 |
| CS-103 | Course-Stronghold-Spanish | Spanish Curriculum | 1 |
| CS-104 | Book-Overcomer-Spanish | Spanish Curriculum | 1 |
| CS-105 | Workbook-Challenger-Spanish | Spanish Curriculum | 1 |
| CS-106 | Workbook-Transformer-Spanish | Spanish Curriculum | 1 |
| CS-107 | Workbook-Conformer-Spanish | Spanish Curriculum | 1 |
| CS-108 | Workbook-Reformer-Spanish | Spanish Curriculum | 1 |
| CS-111 | Journal-Personal Daily-Span | Spanish Curriculum | 1 |
| CS-112 | Booklet-10 Principles-Spanish | Spanish Curriculum | 1 |
| CS-113 | Booklet-Council Helps-Spanish | Spanish Curriculum | 1 |
| CS-114 | Booklet-S Cur Story-Spanish | Spanish Curriculum | 1 |

| | | | |
|---|---|---|---|
| -115 | Book-S Cur-NIL Text-Spanish | Spanish Curriculum | |
| -116 | Book-Neverless Student-Spanish | Spanish Curriculum | 1 |
| TRB-001 | Book-SC & DC-Cocaine | Curriculum | 1 |
| TRB-002 | Book-SC & DC-Alcohol | Curriculum | 7 |
| TRB-003 | Book-SC & DC-Meth | Curriculum | 7 |
| TRB-004 | Book-SC & DC-Weed | Curriculum | 7 |
| TRB-005 | Book-SC & DC-Cutting | Curriculum | 7 |
| TRB-006 | Book-SC & DC-Porn | Curriculum | 7 |
| TRB-007 | Book-SC & DC-Uppers | Curriculum | 7 |
| TRB-008 | Book-SC & DC-Tobacco | Curriculum | 7 |
| TRB-009 | Book-SC & DC-Eating | Curriculum | 7 |
| TRB-010 | Book-SC & DC-Gamble | Curriculum | 7 |
| TRB-011 | Book-SC & DC-RX | Curriculum | 7 |
| TRB-012 | Book-SC & DC-Heroin | Curriculum | 7 |
| TRB-013 | Book-SC & DC-Acid | Curriculum | 7 |
| TRB-014 | Book-SC & DC-Huffing | Curriculum | 7 |
| TRB-015 | Book-SC & DC-Steroids | Curriculum | 7 |
| TRB-000 | Book-SC&DC-Topical Set+Display | Curriculum | 7 |
| TRB-016 | Complete Set Topical Books | Curriculum | 7 |
| SK08 | Kit-Starter | Starter Kits | |